

# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2020

No. 04-20-00106-CV

**SINKIN & BARRETTO, PLLC** and Stephanie Bandoske,
Appellants

v.

Martha **MCCRACKEN** and Cohesion Properties, LTD.,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-00637
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

The clerk's record was due to be filed with this court on February 28, 2020. *See* TEX. R. APP. P. 35.1(b). On March 2, 2020, the Bexar County District Clerk notified this court that Appellants have not paid the clerk's fee for preparing the record and Appellants are not entitled to a free clerk's record.

We ORDER Appellants to provide written proof to this court within TEN DAYS of the date of this order that (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) Appellants are entitled to appeal without paying the clerk's fee. *See id.* R. 20.1.

If Appellants fail to respond as ordered, this appeal will be dismissed for want of prosecution. *See id.* R. 37.3(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2020.



MICHAEL A. CRUZ,
Clerk of Court